IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD W. BROWN, ) | | |
| ) | | |
| Petitioner, ) | | No. C 06-1972 CRB (PR) |
| ) | | |
| vs. ) | | ORDER OF DISMISSAL |
| ) | | |
| A. KANE, Warden, ) | | |
| ) | | |
| Respondent. ) | | |
| ) | | |

      Petitioner, a state prisoner currently incarcerated at the Correctional Training Facility in Soledad, California, has filed a second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging the decision of the Governor of the State of California to revoke a parole date granted him by the California Board of Prison Terms.  His first petition challenging the Governor's decision was filed on December 15, 2005 and is still pending.  See Brown v. Kane, No. C 05-5188 CRB (PR) (N.D. Cal. filed Dec. 15, 2005).

      A second or successive petition may not be filed in this court unless petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition.  See 28 U.S.C. §

2244(b)(3)(A).  Petitioner has not obtained such an order from the Ninth Circuit. The petition accordingly is DISMISSED without prejudice to refiling if petitioner obtains the necessary order.

    The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED: July 25, 2006

CHARLES R. BREYER
United States District Judge